UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RALPH W. LACOTTA,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )   CAUSE NO.: 2:09-CV-173<br>) |
| PATRICIA D. BALLOCK and<br>SCOTT BALLOCK,<br>    Defendants. | )<br>)<br>) |

## MOTION TO WITHDRAW

Comes now Bertig & Associates, LLC, by Bryan M. Truitt, and respectfully moves this Court for Leave to Withdraw as counsel for the Defendants, and in support thereof states as follows:

1. That counsel entered his appearance on behalf of Defendants on July 10, 2009.

2. That the Defendantsøhave retained new counsel, specifically, George P. Galanos.

3. That counsel requests that this Court waive the ten (10) day notice of this withdrawal.

WHEREFORE, Bertig & Associates, LLC, by Bryan M. Truitt, respectfully requests that his appearance as attorney on behalf of the Defendants be withdrawn, that the required ten (10) day notice of his intent be waived, and for all other just and proper relief in the premises.

Respectfully Submitted,

/s/ Bryan M. Truitt
Bryan M. Truitt; 20684-64
Bertig & Associates, LLC
121 East Lincolnway
Valparaiso Indiana 46383
Phone: (219) 462-4149
Fax:    (219) 477-4932
bryan@tblawyers.com

## **CERTIFICATE OF SERVICE**

    The undersigned counsel for Defendants does hereby certify that a copy of the foregoing was served on counsel for the Defendants via the district court's CM/ECF system.

                                         /s/ Bryan M. Truitt
                                         Bryan M. Truitt; 20684-64
                                         Attorney for Defendants